```
McGREGOR W. SCOTT
United States Attorney
Samantha S. Spangler
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```



FILED

DEC 1 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>         Plaintiff, ) <br>   v.                  ) <br> ) <br> DENISE BANKS,       ) <br> ) <br>         Defendant.   ) | 2:07-CR-00548 EJG <br><br> ORDER TO SEAL <br> (UNDER SEAL) |

The Court hereby orders that the Indictment, the Motion of Assistant U.S. Attorney Samantha S. Spangler to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant in this case or until further order of the Court.

DATED: December 12, 2007

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
United States Magistrate Judge