DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar # 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DENISE BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-548 (EJG) |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS HEARING AND TO EXCLUDE TIME |
| ) | |
| DENISE BANKS, ) | |
| Defendant. ) | |

This case is currently scheduled for a status hearing on June 20, 2008. The parties have conferred and agree that additional time is needed for defense preparation. Specifically, counsel is seeking a psychologist who can evaluate Ms. Banks utilizing sign language because Ms. Banks is deaf. Counsel believes she has found a psychologist who can do such an evaluation, however, the availability is limited and counsel is awaiting an appointment to begin the evaluation process. In addition, counsel is continuing to seek historical records relating to Ms. Banks that are needed to represent her.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for June 20, 2008, be continued until August 8, 2008. In addition, due to the need for defense counsel to prepare, the parties stipulate that the time period from June 20, 2008, to August 8, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare her defense.

A proposed order is attached and lodged separately for the court's convenience.

PDF created with pdfFactory trial version www.pdffactory.com

DATED: June 18, 2008

Respectfully submitted,

McGREGOR W. SCOTT                                    DANIEL BRODERICK
United States Attorney                               Federal Defender


/s/Lexi Negin for Samantha Spangler          /s/ Lexi Negin
SAMANTHA SPANGLER                            LEXI NEGIN
Assistant U.S. Attorney                      Assistant Federal Defender
Attorney for United States                   Attorney for Samantha Spangler


For the reasons set forth in the stipulation of the parties, filed on June 18, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for June 20, 2008, be continued until August 8, 2008, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 18, 2008 stipulation, the time under the Speedy Trial Act is excluded from June 20, 2008, through August 8, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.


Dated:  June 18, 2008                        /s/ Edward J. Garcia
                                             EDWARD J. GARCIA, JUDGE

1

PDF created with pdfFactory trial version www.pdffactory.com