1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   LEXI NEGIN, Bar # 250376
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    DENISE BANKS

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

UNITED STATES OF AMERICA,        )   CASE NO. CR-S-07-548 (EJG)
10                               )
            Plaintiff,           )
11                               )   STIPULATION AND ORDER TO CONTINUE
        v.                       )   STATUS HEARING AND TO EXCLUDE TIME
12                               )
                                 )
13  DENISE BANKS,                )
                                 )
14          Defendant.           )
    _____
15

16          This case is currently scheduled for a status hearing on August 8, 2008.  The parties have conferred

17  and agree that additional time is needed for defense preparation.  Specifically, defense counsel is seeking a

18  psychologist who can evaluate Ms. Banks utilizing sign language because Ms. Banks is deaf.  Defense

19  counsel has had difficulty finding a psychologist who can do such an evaluation of a deaf person.  Counsel

20  believed she has retained one, however, was having difficulty getting the evaluation scheduled and made a

21  determination to use another psychologist.  Counsel believes she has now identified a psychologist who can

22  do the evaluation.  After the evaluation is complete, counsel will be able to determine how to proceed in the

23  case.

24          The parties, through their respective counsel, hereby stipulate and agree that the status conference

25  scheduled in this case for August 8, 2008, be continued until September 26, 2008.  In addition, due to the

26  need for defense counsel to prepare, the parties stipulate that the time period from August 8, 2008, to

27  September 26, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local

28  Code T4), due to the need to provide defense counsel with the reasonable time to prepare her defense.

A proposed order is attached and lodged separately for the court's convenience.

DATED:August 7, 2008

Respectfully submitted,

McGREGOR W. SCOTT                    DANIEL BRODERICK
United States Attorney               Federal Defender


 /s/Lexi Negin for Samantha Spangler          /s/ Lexi Negin
SAMANTHA SPANGLER                    LEXI NEGIN
Assistant U.S. Attorney              Assistant Federal Defender
Attorney for United States           Attorney for Samantha Spangler

1

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE EASTERN DISTRICT OF CALIFORNIA

3

UNITED STATES OF AMERICA,     )   CASE NO. CR-S-07-548 (EJG)

4                     )

           Plaintiff,     )

5                     )   PROPOSED ORDER

      v.             )

6                     )

                  )

7   DENISE BANKS,         )

                  )

8              Defendant.    )

9   _____

10       For the reasons set forth in the stipulation of the parties, filed on August 7, 2008, IT IS HEREBY

11  ORDERED that the status conference currently scheduled for August 8, 2008, be continued until

12  September 26, 2008, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a

13  continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT

14  IS HEREBY ORDERED that, for the reasons stated in the parties' August 7, 2008 stipulation, the time

15  under the Speedy Trial Act is excluded from August 8, 2008, through September 26, 2008, pursuant to 18

16  U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the

17  reasonable time to prepare.

18

19  Dated:   August 7, 2008           /s/ Edward J. Garcia_____

                              EDWARD J. GARCIA

20

21

22

23

24

25

26

27

28