IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-548 (EJG) |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ) | |
| DENISE BANKS, ) | |
| ) | |
| Defendant. ) | |
| _____ | |

For the reasons set forth in the stipulation of the parties, filed on September 23, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for September 26, 2008, be continued until November 14, 2008, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 23, 2008 stipulation, the time under the Speedy Trial Act is excluded from September 26, 2008, through November 14, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:   September 23, 2008                         /s/ Edward J. Garcia
                                                     UNITED STATES DISTRICT JUDGE