McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:07-cr-548 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | |
| DENISE BANKS, ) | DATE:  January 30, 2009 |
| ) | TIME:  10:00 a.m. |
| Defendant. ) | COURT: Edward J. Garcia |
| _____) | |

Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for November 14, 2008, may be continued to January 30, 2009, at 10:00 a.m.  Defense counsel has supplied government counsel with a psychological report indicating that Ms. Banks is not competent to understand the nature of the proceedings or assist in her defense, mostly due to her deafness and limited sign language skills.  In light of the report, the undersigned prosecutor is in the process of seeking authorization from the United States Department of Justice, Tax Division, for authorization to move to dismiss the charges.  That process may take some time.
///

1

1   The parties also agree that time may be excluded from the
2 speedy trial calculation under the Speedy Trial Act for counsel
3 preparation, and that the interests of justice served by granting
4 the continuance outweigh the best interests of the public and the
5 defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A) &
6 (B)(iv) and Local Code T4.
7   Defense counsel has authorized the prosecutor to sign this
8 stipulation on her behalf.

9 DATED:  November 12, 2008            McGREGOR W. SCOTT
                                       United States Attorney
10

11                             by      /s/ Samantha S. Spangler
                                       Samantha S. Spangler
12                                     Assistant U.S. Attorney

13 DATED:  November 12, 2008            DANIEL J. BRODERICK
                                       Federal Defender
14

15                             by      /s/ Samantha S. Spangler for
                                       Lexi Negin
16                                     Assistant Federal Defender
                                       Counsel for Ms. Banks
17
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

|   |   |
|---|---|
| 1 | <u>Order</u> |
| 2 | Good cause appearing, |
| 3 | The status conference scheduled for November 14, 2008, is |
| 4 | continued to January 30, 2009, at 10:00 a.m. |
| 5 | The Court finds that the interests of justice served by |
| 6 | granting the continuance outweigh the best interests of the public |
| 7 | and the defendant in a speedy trial.  Therefore, time is excluded |
| 8 | from the speedy trial calculation pursuant to 18 U.S.C. § |
| 9 | 3161(h)(8)(A) & (B)(iv) and Local Code T4 for counsel preparation. |
| 10 | IT IS SO ORDERED. |
| 11 | DATED:  November <u>11</u>, 2008         /s/ Edward J. Garcia |
|    |                                        EDWARD J. GARCIA, Judge |
| 12 |                                        United States District Court |