```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CASE NO.  2:07-cr-548 EJG
                                 )
11             Plaintiff,        )   MOTION TO DISMISS INDICTMENT
                                 )   AND ORDER
12       v.                      )
                                 )
13  DENISE BANKS,                )
                                 )
14             Defendant.        )
15  _____ )
16                           Motion
```

17       Plaintiff, United States of America, by and through its
18  undersigned counsel, hereby moves to dismiss, pursuant to Rule 48(a)
19  of the Federal Rules of Criminal Procedure, the indictment filed on
20  December 12, 2007, charging defendant Denise Banks with two counts
21  of filing a false claim, in violation of 18 U.S.C. § 287.
22       The government moves for dismissal because it has determined,
23  after considering a neuropsychologist's report evaluating her
24  competency, that insufficient evidence exists to prove beyond a
25  reasonable doubt that Ms. Banks possessed the mental state necessary
26  ///
27  ///
28  ///

1  to commit the charged violations.  Accordingly, dismissal is in the
2  interest of justice.
3  DATED:  January 28, 2009           LAWRENCE G. BROWN
                                      Acting United States Attorney
4
5                                 by  /s/ Samantha S. Spangler
                                      Samantha S. Spangler
6                                     Assistant U.S. Attorney

7                                   Order
8      Good cause appearing therefor, the Court grants the
9  government's motion to dismiss the indictment.
10     IT IS SO ORDERED.
11 DATED:  January 29, 2009           /s/ Edward J. Garcia
                                      EDWARD J. GARCIA, Judge
12                                    United States District Court